IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GREGORY SMITH                                                                                    PLAINTIFF

v.                                      CASE NO. 2:12CV00085 JTK

CAROLYN COLVIN, *Commissioner*,
Social Security Administration                                                         DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is affirmed. This case is hereby dismissed with prejudice.

SO ORDERED this 25th day of July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE